UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND MIMMS,<br><br>    Plaintiff,<br><br>  v.<br><br>BETHINA LOBIANCO, et al.,<br><br>    Defendants.<br>_____ | ) Case No. CV 13-4175 DMG(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

  In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 15, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE